Uploaded: 2025SEP18 08:38 Filed By:Bar# 36380 MHURT Reference: BF-181108
eFiled: 2025SEP18 BUCHANAN CC DALLEN at 2025SEP18 11:50 CL25000736-00

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR BUCHANAN COUNTY**

RITA LOCKHART,

*Plaintiff,*

v.

WAL-MART STORES EAST, LP,
a Delaware Limited Partnership,
SERVE: CT Corporation System,
4701 Cox Road, Suite 285
Glen Allen, VA 23060

*Defendant.*

Case No.: ______________

JURY TRIAL DEMANDED

**COMPLAINT**

Plaintiff, Rita Lockhart, by counsel, makes this complaint against the defendant, Wal-Mart Stores East, LP:

1. This is a premises liability negligence action for money damages.

2. Plaintiff, Rita Lockhart, is a resident of Buchanan County, Virginia.

3. Defendant, Wal-Mart Stores East, LP ("Walmart"), is a limited partnership organized under the laws of the state of Delaware with its headquarters in Bentonville, Arkansas.

4. Defendant operates a retail store, doing business as Walmart, at 1179 Riverview Street, Grundy, Virginia that offers and sells goods and products to the general public and was open for business on February 7, 2024 ("Store").

5. At the Store at all relevant times, Walmart had an escalator ("Escalator") for the use of the general public.



EXHIBIT
A

6. At the Store at all relevant times, the Escalator was under the exclusive control of Walmart.

7. Defendant had a duty to the customers and invitees of Walmart to keep the Store premises, including Escalator, in a safe condition, and to warn users of the Escalator of any dangerous defective condition of Escalator.

8. As of February 7, 2024, Escalator was in a defective condition that caused it to malfunction and posed an unreasonable risk of bodily injury to invitees of Walmart, including Plaintiff.

9. While visiting Walmart on February 7, 2024, Plaintiff Lockhart, suffered bodily injury when the escalator malfunctioned, suddenly jerking and moving at a higher speed, which caused Lockhart and another customer to fall.

10. Prior to Plaintiff falling, Defendant had actual or constructive notice of the defect in the Escalator that caused it to malfunction and thereby pose an unreasonable danger of injury to invitees who used it, yet Defendant failed to take reasonable steps to protect invitees from that danger or to warn invitees of that danger.

11. Defendant negligently failed to keep and maintain the Escalator in a condition that was safe for those using it.

12. Accordingly, Defendant was negligent because it breached its duty to Plaintiff to take reasonable steps to maintain the Escalator in a condition that was safe for invitees, and to warn invitees of any unreasonably dangerous condition of Escalator.

13. As a proximate result of Defendant's negligence Plaintiff thereby suffered serious injuries, has suffered and will continue to suffer great pain of body and mind and loss of mobility, and temporary and permanent disability and has incurred and will incur in the future hospital, doctors and related bills in an effort to be relieved of these injuries, and incurred other losses for which the Defendant is liable.

WHEREFORE, Plaintiff, Rita Lockhart, demands judgment against defendant in the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00), pre-judgment interest, her costs expended on her behalf and any other relief to which she is entitled.

RITA LOCKHART

Mark T. Hurt (VSB# 36380)
Payton R. Johnson (VSB# 94821)
THE LAW OFFICES OF MARK T. HURT
159 West Main Street
Abingdon, VA 24210
(276) 623-0808
(276) 623-0212 – fax
injury@markhurtlawfirm.com
*Counsel for Plaintiff*