CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
December 16, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| RITA LOCKHART, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:25cv79 |
| ) | State Court No. CL25000736-00 |
| v. ) | |
| ) | **O R D E R** |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

    This case was recently removed from the Circuit Court for Buchanan County to the United States District Court for the Western District of Virginia at Abingdon. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 180 W. Main Street, Room 104, Abingdon, VA 24210, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

    The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Buchanan County.

        ENTERED: December 16, 2025

        /s/ *Pamela Meade Sargent*
        UNITED STATES MAGISTRATE JUDGE